**Marice HANSON, Plaintiff–Appellant,**

v.

**Cynthia M. CARROLL–KEHOE,
Defendant–Respondent.**

**No. 65126.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 25, 1994.

Kenneth A. Leeds, Law Offices of Roskin & Leeds, Clayton, for plaintiff-appellant.

K. Steven Jones, Evans & Dixon, St. Louis, for defendant-respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a jury verdict and trial court judgment for defendant in a negligence case. The verdict is supported by substantial evidence, and no error of law appears. *Heins Implement Co. v. Missouri Highway & Transp. Comm'n,* 859 S.W.2d 681, 692[15, 16] (Mo. banc 1993).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

We affirm the trial court pursuant to Rule 84.16(b).